# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 3:24-mj 22 (SLS) |
| ) | |
| v.   ) | Obstruction of the Mail |
| ) | 18 U.S.C. Section 1701 |
| DOMINIQUE BURCH, SR.,   ) | (Count 1) |
| ) | |
| *Defendant*.   ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
(Violation No. 9091352)

From at least on or about August 22, 2023, and continuing through on or about September 22, 2023, in the Eastern District of Virginia, the defendant, DOMINIQUE BURCH, SR., did knowingly and willfully obstruct and retard the passage of the mails by diverting 18,225 pieces of mail (including 2,088 pieces of political mail, 11,187 pieces of flat mail, and 4,950 pieces of letter mail) out of the mail stream and storing such mail at storage lockers in an apartment complex. Such mail was all entrusted to DOMINIQUE BURCH, SR. in his capacity as a United States Postal Service employee.

The mail that DOMINIQUE BURCH, SR. knowingly and willfully obstructed included, among many other types of correspondence: financial and bank statements, correspondence from the Virginia Department of Motor vehicles, correspondence marked "time sensitive" from the National Conference of Bar Examiners, toll violation notices, correspondence with the Legal Aid Society of Eastern Virginia and other lawyers, and correspondence with the Chesterfield Clerk of Circuit Court.  Notably, the correspondence included numerous pieces of election-related mail,

including correspondence with the Lehigh County Government Center Office of Voter Registration and the County of Powhatan Office of Elections.

(In violation of Title 18, United States Code, Section 1701.)

JESSICA D. ABER
UNITED STATES ATTORNEY


By: _____/s/_____
Avi Panth
Virginia Bar No. 92450
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: avishek.panth@usdoj.gov